UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PHILIP JOHN TUMMARELLO,<br><br>   Plaintiff,<br><br> v.<br><br>STATE OF MONTANA DEPARTMENT OF HEALTH AND HUMAN SERVICES CHILD SUPPORT ENFORCEMENT DIVISION; STEVE BULLOCK, GOVERNOR; RICHARD OPPER, DIRECTOR OF HEALTH AND HUMAN SERVICES; SUZANNE HABBE, REGIONAL DIRECTOR MISSOULA CSED; MELISSA DARKO, INVESTIGATOR, MISSOULA CSED,<br><br>   Defendants. | CV 19-183-M-DLC-KLD<br><br>ORDER |

 Defendants have filed an unopposed motion requesting leave for all parties to appear telephonically at the preliminary pretrial conference scheduled on June 2, 2020 at 2:00 p.m. (Doc. 30.) Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' motion is GRANTED. Parties shall call 1-866-390-1828 at the designated time to participate in the conference. When prompted, enter the access code 8447649 followed by #.

DATED this 27th day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge